CHERNE ABRAMS, Respondent, *v.* MARYLAND CASUALTY COMPANY, Appellant.

Argued November 21, 1951; decided December 6, 1951.

*James P. Evers* and *Julius S. Christensen* for appellant.

*Ralph Stout, Louis Rothbard* and *Joseph Rothbard* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.